IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31192
Summary Calendar
_____

MANUEL ORTIZ,

Plaintiff-Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION;
U.S. DEPARTMENT OF JUSTICE,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 97-CV-140-A-M3
--------------------
September 10, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Manuel Ortiz, Louisiana state prisoner # 349580, appeals from the district court's grant of summary judgment to the defendants in his Freedom of Information Act (FOIA) suit. 5 U.S.C. § 552. Ortiz argues that certain information should not have been withheld from him, maintaining that any individual privacy interests in keeping the withheld information confidential were outweighed by the public interest in its release, and that the FBI failed to provide him with all non-

_____

*  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

exempt materials covered by his FOIA request.  We have reviewed the record and find no reversible error.  Ortiz has failed to advance any particular *public* interests that may be served by disclosure of the withheld information.  See <u>Burge v. Eastburn</u>, 934 F.2d 577, 579 (5th Cir. 1991).  Further, his contention that the FBI failed to provide him with over 700 additional pages of documents relates to a separate FOIA request that is not the subject of this litigation.  Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.